William D. Griffin and Laura F. Griffin, Plaintiffs-Appellants, v. Charles H. Pence and Ernestine E. Pence, Defendants-Appellees.

Gen. No. 11,655.

Second District, Second Division.

January 24, 1963.

Sutherland & Sutherland, of Peoria, for appellants; Wilbur D. Dersch, of Peoria, for appellees. Opinion by PRESIDING JUSTICE WRIGHT. Not to be published in full.